# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Carrie Renee Wilson aka Carrie Renee Bishop**<br>       Debtor(s) | **CHAPTER 13** |
| **Toyota Motor Credit Corporation**<br>              Movant<br>    vs. | **NO. 18-21809 GLT** |
| **Carrie Renee Wilson aka Carrie Renee Bishop**<br>              Respondent(s) | |
| **Ronda J. Winnecour, Trustee**<br>              Additional Respondent | |

## **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Toyota Motor Credit Corporation, it is ORDERED AND DECREED that CONFIRMATION IS DENIED.

_____
Bankruptcy Judge