**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 18−21809−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Carrie Renee Wilson
   aka Carrie Renee Bishop
   2037 Frankella
   Pittsburgh, PA 15221

Social Security No.:
   xxx−xx−5344

Employer's Tax I.D. No.:

| | |
|---|---|
| NAME/ADDRESS OF ATTORNEY FOR DEBTOR<br>Albert G. Reese Jr.<br>Law Office of Albert G. Reese, Jr.<br>640 Rodi Road, 2nd Floor, Suite 2<br>Pittsburgh, PA 15235<br>Telephone number: 412−241−1697 | NAME/ADDRESS OF TRUSTEE<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>October 1, 2018<br>03:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>October 1, 2018<br>03:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 8/29/18

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 18-21809-GLT
Carrie Renee Wilson                                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz                Page 1 of 2               Date Rcvd: Aug 29, 2018
                              Form ID: rsc13            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db          +Carrie Renee Wilson,   2037 Frankella,   Pittsburgh, PA 15221-1507
cr          +City & School District of Pittsburgh,   Goehring, Rutter & Boehm,
              437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA  15219,
              UNITED STATES OF AMERICA 15219-6101
cr          +County of Allegheny,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
              Frick Building,   Pittsburgh, PA 15219,   UNITED STATES 15219-6101
cr          +Pittsburgh Water & Sewer Authority,   Goehring, Rutter, and Boehm,
              437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA  15219,
              UNITED STATES 15219-6101
14826967    +Allegheny County,   c/o Jordan Tax Service, Inc.,   102 Rahway Road,   McMurray, PA 15317-3349
14876894    +City & School District of Pittsburgh,   Goehring, Rutter & Boehm,
              c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
              Pittsburgh, PA 15219-6101
14826968    +City of Pittsburgh,   c/o Jordan Tax Service,   PO Box 200,   Bethel Park, PA 15102-0200
14826969    +City of Pittsburgh School District,   c/o Jordan Tax Service, Inc.,   102 Rahway Road,
              McMurray, PA 15317-3349
14865389    +Comcast,   300 Corliss Street,   Pittsburgh, PA 15220-4864
14865390    +Comcast,   PO Box 719,   Toledo, OH 43697-0719
14876897    +County of Allegheny,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14826970    +Credit Protection Assoc/Etan Industries,   Attn: Bankruptcy,   Po Box 802068,
              Dallas, TX 75380-2068
14826971    +Goehring, Rutter, & Boehm,   437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6107
14826972    +Hill District Fed Cr U,   2021 Centre Ave,   Pittsburgh, PA 15219-6301
14874937    +MKS Services, Inc. d/b/a ServPro Metro Pittsburgh,   1951 Lincoln Highway,
              North Versailles, PA 15137-2705
14865759    +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
              Pittsburgh, PA 15233-1828
14876892    +Pittsburgh Water & Sewer Authority,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14826974    +Riverset Credit Union,   1700 Jane St,   Pittsburgh, PA 15203-1812
14865397    +ServPro of Metro Pittsburgh East,   1951 Lincoln Hwy,   North Versailles, PA 15137-2705
14865399    +Sprint,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
14826975   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Financial Services,    Attn: Bankruptcy,   Po Box 8026,
              Cedar Rapids, IA 52409)
14854424    +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2018 02:52:45     Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14879675    +E-mail/Text: kburkley@bernsteinlaw.com Aug 30 2018 02:54:09      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
14865394    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2018 02:52:44     PA Department of Revenue,
              Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0946
14850926     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2018 02:52:44
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
14826973    +E-mail/Text: tvincequerra@chromefcu.org Aug 30 2018 02:53:57      Pittsburgh Central Fcu,
              2601 Wexford Bayne Rd,   Sewickley, PA 15143-4029
14865398    +E-mail/Text: appebnmailbox@sprint.com Aug 30 2018 02:53:06      Sprint,   PO Box 3827,
              Englewood, CO 80155-3827
14826976    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 30 2018 02:51:34
              Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
              Weldon Springs, MO 63304-2225
14873423     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 30 2018 03:01:08      Verizon,
              by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           MKS Services, Inc. d/b/a ServPro,   1951 Lincoln Highway,   North Versailles
cr           Toyota Motor Credit Corporation
cr*         +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
              707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*         +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14865386*   +Allegheny County,   c/o Jordan Tax Service, Inc.,   102 Rahway Road,   McMurray, PA 15317-3349
14865387*   +City of Pittsburgh,   c/o Jordan Tax Service,   PO Box 200,   Bethel Park, PA 15102-0200
14865388*   +City of Pittsburgh School District,   c/o Jordan Tax Service, Inc.,   102 Rahway Road,
              McMurray, PA 15317-3349
14865391*   +Credit Protection Assoc/Etan Industries,   Attn: Bankruptcy,   Po Box 802068,
              Dallas, TX 75380-2068

```
District/off: 0315-2          User: amaz                 Page 2 of 2                  Date Rcvd: Aug 29, 2018
                              Form ID: rsc13             Total Noticed: 30


             ***** BYPASSED RECIPIENTS (continued) *****
14879676*       +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
14865392*       +Goehring, Rutter, & Boehm,   437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6107
14865393*       +Hill District Fed Cr U,   2021 Centre Ave,    Pittsburgh, PA 15219-6301
14865395*       +Pittsburgh Central Fcu,   2601 Wexford Bayne Rd,    Sewickley, PA 15143-4029
14865396*       +Riverset Credit Union,   1700 Jane St,    Pittsburgh, PA 15203-1812
14865400*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Financial Services,    Attn: Bankruptcy,   Po Box 8026,
                  Cedar Rapids, IA 52409)
14865401*       +Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
                                                                                              TOTALS: 2, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Carrie Renee Wilson areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              David Abrams     on behalf of Creditor   MKS Services, Inc. d/b/a ServPro dabk@amlaw.biz
              James Warmbrodt     on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10
```