Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Carrie Renee Wilson
aka Carrie Renee Bishop**
   Debtor(s)

Bankruptcy Case No.: 18–21809–GLT
Issued Per 10/1/2018 Proceeding
Chapter: 13
Docket No.: 45 – 21
Concil. Conf.: November 15, 2018 at 01:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated June 13, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Nov. 15, 2018 at 01:00 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 9 of Allegheny County, Claim No. 8 of City and School District of Pittsburgh, Claim No. 7 of PWSA .

☑ H. Additional Terms: The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified plan terms: Claim No. 2 of Toyota Motor Credit and Claim No. 6 of Riverset Credit Union.

The Debtor shall appropriately pursue the claim dispute as to Claim No. 6 of Toyota.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: October 4, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-21809-GLT
Carrie Renee Wilson                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas               Page 1 of 2           Date Rcvd: Oct 04, 2018
                              Form ID: 149             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db              +Carrie Renee Wilson,    2037 Frankella,    Pittsburgh, PA 15221-1507
cr              +City & School District of Pittsburgh,    Goehring, Rutter & Boehm,
                  437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                  UNITED STATES OF AMERICA 15219-6101
cr              +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                  Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr              +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
                  437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                  UNITED STATES 15219-6101
14826967        +Allegheny County,    c/o Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
14876894        +City & School District of Pittsburgh,    Goehring, Rutter & Boehm,
                  c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                  Pittsburgh, PA 15219-6101
14826968        +City of Pittsburgh,    c/o Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
14826969        +City of Pittsburgh School District,    c/o Jordan Tax Service, Inc.,    102 Rahway Road,
                  McMurray, PA 15317-3349
14865389        +Comcast,    300 Corliss Street,    Pittsburgh, PA 15220-4864
14865390        +Comcast,    PO Box 719,    Toledo, OH 43697-0719
14876897        +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                  437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14826970        +Credit Protection Assoc/Etan Industries,    Attn: Bankruptcy,    Po Box 802068,
                  Dallas, TX 75380-2068
14826971        +Goehring, Rutter, & Boehm,    437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6107
14826972        +Hill District Fed Cr U,    2021 Centre Ave,    Pittsburgh, PA 15219-6301
14874937        +MKS Services, Inc. d/b/a ServPro Metro Pittsburgh,    1951 Lincoln Highway,
                  North Versailles, PA 15137-2705
14865759        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                  Pittsburgh, PA 15233-1828
14876892        +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                  437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14826974        +Riverset Credit Union,    1700 Jane St,    Pittsburgh, PA 15203-1812
14865397        +ServPro of Metro Pittsburgh East,    1951 Lincoln Hwy,    North Versailles, PA 15137-2705
14865399        +Sprint,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14826975       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     Attn: Bankruptcy,    Po Box 8026,
                  Cedar Rapids, IA 52409)
14854424        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14879675        +E-mail/Text: kburkley@bernsteinlaw.com Oct 05 2018 01:56:38      Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
14865394        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2018 01:55:54      PA Department of Revenue,
                  Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14850926         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2018 01:55:54
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
14826973        +E-mail/Text: tvincequerra@chromefcu.org Oct 05 2018 01:56:29      Pittsburgh Central Fcu,
                  2601 Wexford Bayne Rd,    Sewickley, PA 15143-4029
14865398        +E-mail/Text: appebnmailbox@sprint.com Oct 05 2018 01:56:01      Sprint,    PO Box 3827,
                  Englewood, CO 80155-3827
14826976        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 05 2018 01:55:19
                  Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
14873423         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2018 02:11:27      Verizon,
                  by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               MKS Services, Inc. d/b/a ServPro,    1951 Lincoln Highway,    North Versailles
cr               Toyota Motor Credit Corporation
cr*             +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                  707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14865386*       +Allegheny County,    c/o Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
14865387*       +City of Pittsburgh,    c/o Jordan Tax Service,    PO Box 200,    Bethel Park, PA 15102-0200
14865388*       +City of Pittsburgh School District,    c/o Jordan Tax Service, Inc.,    102 Rahway Road,
                  McMurray, PA 15317-3349
14865391*       +Credit Protection Assoc/Etan Industries,    Attn: Bankruptcy,    Po Box 802068,
                  Dallas, TX 75380-2068
14879676*       +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
14865392*       +Goehring, Rutter, & Boehm,    437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6107

```
District/off: 0315-2          User: dbas               Page 2 of 2                  Date Rcvd: Oct 04, 2018
                              Form ID: 149             Total Noticed: 29


            ***** BYPASSED RECIPIENTS (continued) *****
14865393*       +Hill District Fed Cr U,   2021 Centre Ave,   Pittsburgh, PA 15219-6301
14865395*       +Pittsburgh Central Fcu,   2601 Wexford Bayne Rd,   Sewickley, PA 15143-4029
14865396*       +Riverset Credit Union,   1700 Jane St,   Pittsburgh, PA 15203-1812
14865400*      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,   Attn: Bankruptcy,   Po Box 8026,
                  Cedar Rapids, IA 52409)
14865401*       +Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
                                                                                              TOTALS: 2, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
          Albert G. Reese, Jr.    on behalf of Debtor   Carrie Renee Wilson areese8897@aol.com,
           agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
          David   Abrams    on behalf of Creditor    MKS Services, Inc. d/b/a ServPro dabk@amlaw.biz
          James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10
```