**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-21809-GLT |
| | ) | |
| | ) | Chapter 13 |
| Carrie Renee Wilson | ) | |
|     Debtor | ) | Doc. No.: |
| | ) | |
| | ) | |
| Carrie Renee Wilson | ) | |
|     Movant | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## Certificate of Service

I, Albert Green Reese, Jr., Esquire, declare that I am a resident of or employed in the County of Allegheny, State of Pennsylvania. My address is 640 Rodi Road, 2nd, FL., Suite 2, Pittsburgh, PA 15235. I am over the age of eighteen and I am not a party to this case.

On June 10, 2019, I served the **Court Order and Amended Plan,** to all the parties listed below by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at 640 Rodi Road, 2nd, FL., Suite 2, Pittsburgh, PA 15235 addressed as follows:

**18-21809-GLT Notice will be electronically mailed to:**

David Abrams on behalf of Creditor MKS Services, Inc. d/b/a ServPro
dabk@amlaw.biz

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor City & School District of Pittsburgh
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor County of Allegheny
jhunt@grblaw.com, cnoroski@grblaw.com

Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water & Sewer Authority
jhunt@grblaw.com, cnoroski@grblaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Albert G. Reese, Jr. on behalf of Debtor Carrie Renee Wilson
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**18-21809-GLT Notice will not be electronically mailed to:**

Ronda Winnecour, Trustee
US Steel Tower-Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Office of The United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Allegheny County
c/o Jordan Tax Service, Inc.
102 Rahway Road
McMurray, PA 15317

City of Pittsburgh
c/o Jordan Tax Service
PO Box 200
Bethel Park, PA 15102

City of Pittsburgh School District
c/o Jordan Tax Service, Inc.
102 Rahway Road
McMurray, PA 15317

Comcast
300 Corliss Street
Pittsburgh, PA 15220

Comcast
PO Box 719
Toledo, OH 43697

Credit Protection Assoc/Etan Industries
Attn: Bankruptcy
Po Box 802068
Dallas, TX 75380

Goehring, Rutter, & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

Hill District Fed Cr U
2021 Centre Ave
Pittsburgh, PA 15219

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128

Pittsburgh Central Fcu
2601 Wexford Bayne Rd
Sewickley, PA 15143

Riverset Credit Union
1700 Jane St
Pittsburgh, PA 15203

ServPro of Metro Pittsburgh East
1951 Lincoln Hwy
North Versailles, PA 15137

Sprint
PO Box 3827
Englewood, CO 80155

Sprint
8014 Bayberry Road
Jacksonville, FL 32256

Toyota Financial Services
Attn: Bankruptcy
Po Box 8026
Cedar Rapids, IA 52409

Verizon
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304

Dated: **June 10, 2019**             **/s/ Albert G. Reese, Jr. Esq.**
                                                        Albert G. Reese, Jr., Esquire
                                                       PA ID# 93813
                                                       Law Office of Albert G. Reese
                                                       640 Rodi Road, 2nd FL., Suite 2
                                                       Pittsburgh, PA 15235
                                                       (412) 241-1697