### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 18-21809-GLT |
| ) | |
| ) | Chapter 13 |
| Carrie Renee Wilson ) | |
|    Debtor ) | Doc. No.: |
| ) | |
| ) | |
| Carrie Renee Wilson ) | |
|    Movant ) | |
| ) | |
|    v. ) | |
| ) | |
| Ronda J. Winnecour, Trustee ) | |
|    Respondent ) | |

### **DEBTOR'S CERTIFICATE OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a Discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior Discharge in a bankruptcy case within the time frames specified in the Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a Discharge.

4. On **December 26, 2022** at docket number **77**, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *a Certificate of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by the Undersigned Counsel, who duly questioned Debtors about the statements in the Certification and verified the answers in support of this Certification.

Dated: **12/28, 2022**

Respectfully submitted by,
**/s/ Albert G. Reese, Jr., Esq.**
Albert G. Reese, Jr., Esq.
PA I.D. #93813
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
412-241-1697 (Telephone)
412-241-1687 (Fax)
areese8897@aol.com
Attorney for Debtor