Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Carrie Renee Wilson** | : | Case No. 18−21809−GLT |
| **aka Carrie Renee Bishop** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 74 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 3/8/23 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

      *AND NOW,* this *The 27th of December, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 74 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)  **On or before February 6, 2023**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on *March 8, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

 

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Carrie Renee Wilson  
    Debtor

Case No. 18-21809-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Dec 27, 2022      Form ID: 604      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carrie Renee Wilson, 2037 Frankella, Pittsburgh, PA 15221-1507 |
| 14826967 | + | Allegheny County, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14826968 | + | City of Pittsburgh, c/o Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14826969 | + | City of Pittsburgh School District, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14826970 | + | Credit Protection Assoc/Etan Industries, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 14826972 | + | Hill District Fed Cr U, 2021 Centre Ave, Pittsburgh, PA 15219-6301 |
| 14874937 | + | MKS Services, Inc. d/b/a ServPro Metro Pittsburgh, 1951 Lincoln Highway, North Versailles, PA 15137-2705 |
| 14826974 | #+ | Riverset Credit Union, 1700 Jane St, Pittsburgh, PA 15203-1812 |
| 14865397 | + | ServPro of Metro Pittsburgh East, 1951 Lincoln Hwy, North Versailles, PA 15137-2705 |
| 14865399 | + | Sprint, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 28 2022 02:29:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 28 2022 02:29:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Dec 28 2022 02:29:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15439538 | + | Email/Text: BKRMailOps@weltman.com | Dec 28 2022 02:29:00 | Allegent Community Federal Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14876894 | + | Email/Text: ebnjts@grblaw.com | Dec 28 2022 02:29:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14865389 | + | Email/Text: documentfiling@lciinc.com | Dec 28 2022 02:29:00 | Comcast, 300 Corliss Street, Pittsburgh, PA 15220-4864 |
| 14865390 | + | Email/Text: documentfiling@lciinc.com | Dec 28 2022 02:29:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 14876897 | + | Email/Text: ebnjts@grblaw.com | Dec 28 2022 02:29:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |

Case 18-21809-GLT   Doc 80   Filed 12/29/22   Entered 12/30/22 00:27:15   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: 604 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14879675 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 28 2022 02:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14826971 | + | Email/Text: ebnjts@grblaw.com | Dec 28 2022 02:29:00 | Goehring, Rutter, & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14865394 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2022 02:29:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14850926 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2022 02:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14865759 | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2022 02:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14826973 | + | Email/Text: tvincequerra@chromefcu.org | Dec 28 2022 02:30:00 | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14876892 | + | Email/Text: ebnpwsa@grblaw.com | Dec 28 2022 02:29:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14865398 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Dec 28 2022 02:32:24 | Sprint, PO Box 3827, Englewood, CO 80155 |
| 14826975 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 28 2022 02:29:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14854424 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 28 2022 02:29:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14826976 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 28 2022 02:29:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14873423 | | Email/PDF: ebn_ais@aisinfo.com | Dec 28 2022 02:32:38 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MKS Services, Inc. d/b/a ServPro, 1951 Lincoln Highway, North Versailles |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14865386 | *+ | Allegheny County, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14865387 | *+ | City of Pittsburgh, c/o Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14865388 | *+ | City of Pittsburgh School District, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14865391 | *+ | Credit Protection Assoc/Etan Industries, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 14879676 | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14865392 | *+ | Goehring, Rutter, & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14865393 | *+ | Hill District Fed Cr U, 2021 Centre Ave, Pittsburgh, PA 15219-6301 |
| 14865395 | *+ | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14865396 | *+ | Riverset Credit Union, 1700 Jane St, Pittsburgh, PA 15203-1812 |
| 14865400 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14865401 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 2 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

Case 18-21809-GLT    Doc 80    Filed 12/29/22    Entered 12/30/22 00:27:15    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: 604 | Total Noticed: 30 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Plaintiff Carrie Renee Wilson areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Albert G. Reese, Jr. | on behalf of Debtor Carrie Renee Wilson areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| David Abrams | on behalf of Creditor MKS Services Inc. d/b/a ServPro dabk@amlaw.biz |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Defendant Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 12