**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> CARRIE RENEE WILSON <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:18-21809 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 22, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/04/2018 and confirmed on 10/4/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 59,648.95 |
| Less Refunds to Debtor | 6,567.30 | |
| TOTAL AMOUNT OF PLAN FUND | | 53,081.65 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,300.00 | |
|   Trustee Fee | 2,833.19 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,133.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 1,029.29 | 1,029.29 | 230.76 | 1,260.05 |
|     Acct: 2C11 | | | | |
|   CITY OF PITTSBURGH (RE)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2C11 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (R | 6,958.76 | 6,958.76 | 1,294.42 | 8,253.18 |
|     Acct: 2C11 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 19.15 | 19.15 | 27.80 | 46.95 |
|     Acct: 2C11 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2C11 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (R | 1,885.07 | 1,885.07 | 0.00 | 1,885.07 |
|     Acct: 2C11 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 484.66 | 484.66 | 0.00 | 484.66 |
|     Acct: 2C11 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 12,057.26 | 12,057.26 | 1,577.11 | 13,634.37 |
|     Acct: 2036 | | | | |
|   ALLEGENT COMMUNITY FCU | 10,925.81 | 10,925.81 | 1,607.68 | 12,533.49 |
|     Acct: 0007 | | | | |
| | | | | 38,097.77 |
| **Priority** | | | | |
|   ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CARRIE RENEE WILSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CARRIE RENEE WILSON | 6,567.30 | 6,567.30 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF ALBERT G REESE JR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERT G REESE JR ESQ | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 146.90 | 146.90 | 0.00 | 146.90 |
|     Acct: 5344 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 6,354.18 | 0.00 | 6,354.18 |
|     Acct: 1131 | | | | |

18-21809                                                                                      Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 6,501.08 |
| Unsecured | | | | | |
| | COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5344 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 578.05 | 578.05 | 0.00 | 578.05 |
| | Acct: 8727 | | | | |
| | HILL DISTRICT FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9501 | | | | |
| | HILL DISTRICT FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9501 | | | | |
| | HILL DISTRICT FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9501 | | | | |
| | PITTSBURGH CENTRAL FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0002 | | | | |
| | PITTSBURGH CENTRAL FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | MKS SERVICES INC DBA SERVPRO METR | 825.00 | 825.00 | 0.00 | 825.00 |
| | Acct: 4838 | | | | |
| | SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5344 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 222.99 | 222.99 | 0.00 | 222.99 |
| | Acct: 0001 | | | | |
| | PA DEPARTMENT OF REVENUE* | 7.05 | 7.05 | 0.00 | 7.05 |
| | Acct: 5344 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 716.52 | 716.52 | 0.00 | 716.52 |
| | Acct: 7232 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DAVID ABRAMS ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 2,349.61 |

TOTAL PAID TO CREDITORS                                                                       46,948.46

TOTAL CLAIMED
PRIORITY           146.90
SECURED         33,360.00
UNSECURED        2,349.61

Date: 12/22/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CARRIE RENEE WILSON

　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
vs.
No Repondents.

Case No.:18-21809

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Carrie Renee Wilson  
    Debtor

Case No. 18-21809-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Dec 27, 2022      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carrie Renee Wilson, 2037 Frankella, Pittsburgh, PA 15221-1507 |
| 14826967 | + | Allegheny County, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14826968 | + | City of Pittsburgh, c/o Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14826969 | + | City of Pittsburgh School District, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14826970 | + | Credit Protection Assoc/Etan Industries, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 14826972 | + | Hill District Fed Cr U, 2021 Centre Ave, Pittsburgh, PA 15219-6301 |
| 14874937 | + | MKS Services, Inc. d/b/a ServPro Metro Pittsburgh, 1951 Lincoln Highway, North Versailles, PA 15137-2705 |
| 14826974 | #+ | Riverset Credit Union, 1700 Jane St, Pittsburgh, PA 15203-1812 |
| 14865397 | + | ServPro of Metro Pittsburgh East, 1951 Lincoln Hwy, North Versailles, PA 15137-2705 |
| 14865399 | + | Sprint, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 28 2022 02:29:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 28 2022 02:29:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Dec 28 2022 02:29:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15439538 | + | Email/Text: BKRMailOps@weltman.com | Dec 28 2022 02:29:00 | Allegent Community Federal Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14876894 | + | Email/Text: ebnjts@grblaw.com | Dec 28 2022 02:29:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14865389 | + | Email/Text: documentfiling@lciinc.com | Dec 28 2022 02:29:00 | Comcast, 300 Corliss Street, Pittsburgh, PA 15220-4864 |
| 14865390 | + | Email/Text: documentfiling@lciinc.com | Dec 28 2022 02:29:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 14876897 | + | Email/Text: ebnjts@grblaw.com | Dec 28 2022 02:29:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |

Case 18-21809-GLT    Doc 82    Filed 12/29/22    Entered 12/30/22 00:27:15    Desc Imaged
                                Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 27, 2022 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 14879675 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 28 2022 02:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14826971 | + | Email/Text: ebnjts@grblaw.com | Dec 28 2022 02:29:00 | Goehring, Rutter, & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14865394 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2022 02:29:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14850926 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2022 02:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14865759 | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2022 02:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14826973 | + | Email/Text: tvincequerra@chromefcu.org | Dec 28 2022 02:30:00 | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14876892 | + | Email/Text: ebnpwsa@grblaw.com | Dec 28 2022 02:29:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14865398 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Dec 28 2022 02:32:24 | Sprint, PO Box 3827, Englewood, CO 80155 |
| 14826975 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 28 2022 02:29:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14854424 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 28 2022 02:29:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14826976 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 28 2022 02:29:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14873423 | | Email/PDF: ebn_ais@aisinfo.com | Dec 28 2022 02:32:20 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | MKS Services, Inc. d/b/a ServPro, 1951 Lincoln Highway, North Versailles |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14865386 | *+ | Allegheny County, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14865387 | *+ | City of Pittsburgh, c/o Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14865388 | *+ | City of Pittsburgh School District, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14865391 | *+ | Credit Protection Assoc/Etan Industries, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 14879676 | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14865392 | *+ | Goehring, Rutter, & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14865393 | *+ | Hill District Fed Cr U, 2021 Centre Ave, Pittsburgh, PA 15219-6301 |
| 14865395 | *+ | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14865396 | *+ | Riverset Credit Union, 1700 Jane St, Pittsburgh, PA 15203-1812 |
| 14865400 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14865401 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 2 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

Case 18-21809-GLT    Doc 82    Filed 12/29/22    Entered 12/30/22 00:27:15    Desc Imaged
Certificate of Notice    Page 7 of 7

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: pdf900 | Total Noticed: 30 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Plaintiff Carrie Renee Wilson areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Albert G. Reese, Jr. | on behalf of Debtor Carrie Renee Wilson areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| David Abrams | on behalf of Creditor MKS Services  Inc. d/b/a ServPro dabk@amlaw.biz |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Defendant Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 12