IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/7/23 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    CARRIE RENEE WILSON

         Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-21809

Chapter 13

Related to Docket No. 74

## ORDER OF COURT

AND NOW, this ___ 7th Day of February, 2023 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Carrie Renee Wilson  
    Debtor

Case No. 18-21809-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 07, 2023      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carrie Renee Wilson, 2037 Frankella, Pittsburgh, PA 15221-1507 |
| 14826967 | + | Allegheny County, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14826968 | + | City of Pittsburgh, c/o Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14826969 | + | City of Pittsburgh School District, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14826970 | + | Credit Protection Assoc/Etan Industries, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 14826972 | + | Hill District Fed Cr U, 2021 Centre Ave, Pittsburgh, PA 15219-6301 |
| 14874937 | + | MKS Services, Inc. d/b/a ServPro Metro Pittsburgh, 1951 Lincoln Highway, North Versailles, PA 15137-2705 |
| 14865397 | + | ServPro of Metro Pittsburgh East, 1951 Lincoln Hwy, North Versailles, PA 15137-2705 |
| 14865399 | + | Sprint, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 08 2023 00:00:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 08 2023 00:00:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Feb 08 2023 00:00:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15439538 | + | Email/Text: BKRMailOps@weltman.com | Feb 08 2023 00:00:00 | Allegent Community Federal Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14876894 | + | Email/Text: ebnjts@grblaw.com | Feb 08 2023 00:00:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14865389 | + | Email/Text: documentfiling@lciinc.com | Feb 08 2023 00:00:00 | Comcast, 300 Corliss Street, Pittsburgh, PA 15220-4864 |
| 14865390 | + | Email/Text: documentfiling@lciinc.com | Feb 08 2023 00:00:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 14876897 | + | Email/Text: ebnjts@grblaw.com | Feb 08 2023 00:00:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14879675 | + | Email/Text: kburkley@bernsteinlaw.com | | |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: auto | | Page 2 of 3 |
| Date Rcvd: Feb 07, 2023 | Form ID: pdf900 | | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Feb 08 2023 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14826971 | + | Email/Text: ebnjts@grblaw.com | Feb 08 2023 00:00:00 | Goehring, Rutter, & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14865394 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 00:00:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14850926 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14865759 | + | Email/Text: ebnpeoples@grblaw.com | Feb 08 2023 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14826973 | + | Email/Text: tvincequerra@chromefcu.org | Feb 08 2023 00:01:00 | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14876892 | + | Email/Text: ebnpwsa@grblaw.com | Feb 08 2023 00:00:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14865398 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Feb 08 2023 00:05:33 | Sprint, PO Box 3827, Englewood, CO 80155 |
| 14826975 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 08 2023 00:00:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14854424 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 08 2023 00:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14826976 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 08 2023 00:00:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14873423 | | Email/PDF: ebn_ais@aisinfo.com | Feb 08 2023 00:05:34 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MKS Services, Inc. d/b/a ServPro, 1951 Lincoln Highway, North Versailles |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14865386 | *+ | Allegheny County, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14865387 | *+ | City of Pittsburgh, c/o Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14865388 | *+ | City of Pittsburgh School District, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14865391 | *+ | Credit Protection Assoc/Etan Industries, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 14879676 | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14865392 | *+ | Goehring, Rutter, & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 14865393 | *+ | Hill District Fed Cr U, 2021 Centre Ave, Pittsburgh, PA 15219-6301 |
| 14865395 | *+ | Pittsburgh Central Fcu, 2601 Wexford Bayne Rd, Sewickley, PA 15143-4029 |
| 14865396 | *+ | Riverset Credit Union, 1700 Jane St, Pittsburgh, PA 15203-1812 |
| 14865400 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14865401 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14826974 | ##+ | Riverset Credit Union, 1700 Jane St, Pittsburgh, PA 15203-1812 |

TOTAL: 2 Undeliverable, 13 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 07, 2023 | Form ID: pdf900 | Total Noticed: 29 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Plaintiff Carrie Renee Wilson areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Albert G. Reese, Jr. | on behalf of Debtor Carrie Renee Wilson areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| David Abrams | on behalf of Creditor MKS Services Inc. d/b/a ServPro dabk@amlaw.biz |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Defendant Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 12